KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36060
   San Francisco, California 94102
   Telephone: (415) 436-7151
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BRANDON KOTECKI,<br><br>   Defendant. | Case No. CR 05-00356 SBA<br><br>[PROPOSED]<br>**ORDER FOR SUMMONS** |

Upon the motion of the United States Attorney, pursuant to Federal Rule of Criminal Procedure 9, the Clerk of Court is directed to issue a summons directing defendant Brandon Kotecki, 1735 Monte Diablo Avenue, Stockton, California, appear on Monday, December 12, 2005 at 10:00 a.m. before Magistrate Judge Wayne D. Brazil, at the Ronald Dellums Federal Courthouse, 1301 Clay Street, Oakland, California, for identification of counsel and the setting of an initial appearance before the Honorable Saundra Brown Armstrong.

IT IS SO ORDERED.

Dated: __November 23, 2005__         _____
                                                         EDWARD M. CHEN
                                                         United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00356 SBA